IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02102-MEH

STEPHANIE R. GARCIA,

    Plaintiff,

v.

PARKER 1833 LLC, d/b/a IHOP,
FARSHAD DAN ASHOORI, and
JUVENTINO HERRERA, SR.

    Defendants.

## ORDER CLOSING CASE

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [filed April 6, 2016; docket #31]. The Court finds the Notice and terms of the dismissal proper. Thus, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear her, his, or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 7th day of April, 2016.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge